**Order entered July 11, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00617-CV

## IN THE INTEREST OF P.H., A CHILD

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 89,795**

## ORDER

Before the Court is court reporter Judith F. Snyder's July 8, 2022 second request for a ten-day extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than July 21, 2022.

/s/     BILL PEDERSEN, III
JUSTICE